Neil Collier **BELL,** Plaintiff–Appellant,

v.

**DELTA AIRLINES, INC.,** Defendant,

**Officer D.C. Cantrell, Individually and in his official capacity as a City of Atlanta Police Officer, The City of Atlanta, Defendants–Appellees.**

No. 07–10748

United States Court of Appeals, Eleventh Circuit.

March 18, 2008.

James L. Ford, Ford & Barnhart, LLP, Atlanta, GA, for Plaintiff–Appellant.

Cleora S. Anderson, Dennis M. Young, City of Atlanta Law Department, Atlanta, GA, for Defendant.

Before HULL and WILSON, Circuit Judges, and ALBRITTON,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's March 21, 2006, 2006 WL 739431, order granting summary judgment to defen-

dants-appellees Officer D.C. Cantrell and the City of Atlanta.

**AFFIRMED.**